1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE BAZU (CABN 266964)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.bazu@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 17-00090 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 26, 2017 TO JUNE 16, 2017** |
| v. | ) |
| DANGELO CURRIE, | ) |
| Defendant. | ) |

On May 26, 2017, the defendant Dangelo Currie, represented by Angela Hansen, Assistant Federal Public Defender (special appearance), and the government, represented by Michelle Bazu, Assistant United States Attorney, appeared before the Honorable Jon S. Tigar for a status conference. The matter was continued to June 16, 2017 at 9:30 a.m. to set further proceedings.

The parties agree to exclude the time between May 26, 2017 and June 16, 2017 from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*. The government has recently produced discovery, and additional discovery will be produced shortly to defense counsel. Therefore, the parties agree that the time period of May 26, 2017 and June 16, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that

the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, as well as continuity of counsel, taking into account the exercise of due diligence.

DATED: May 26, 2017

/s/
DORON WEINBERG
Counsel for Dangelo Currie

DATED: May 26, 2017

/s/
MICHELLE BAZU
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER EXCLUDING TIME
CR 17-00090 JST

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between from May 26, 2017 through June 16, 2017 would deny counsel the reasonable time necessary for effective preparation, as well as continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 26, 2017 through June 16, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time from May 26, 2017 through June 16, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED: May 26, 2017

HONORABLE JON S. TIGAR
United States District Judge