DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
DANGELO CURRIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | | 4:17-cr-00090-JST-1 |
| UNITED STATES OF AMERICA, | ) | CASE NO. ~~CR-17-000900 JST~~ |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS CONFERENCE HEARING** |
| vs. | ) | |
| | ) | **~~(PROPOSED)~~ ORDER** |
| DANGELO CURRIE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Michelle Bazu for Plaintiff United States of America, and Doron Weinberg, counsel for defendant Dangelo Currie, that the status conference hearing presently scheduled for Friday, June 16, 2017 at 9:30 a.m., be continued to Friday, June 30, 2017 at 9:30 a.m.

Dated:    June 13, 2017                         Respectfully submitted,

                                                LAW OFFICES OF DORON WEINBERG

                                                 /s/ Doron Weinberg
                                                DORON WEINBERG
                                                Attorney for Defendant
                                                DANGELO CURRIE

Dated: June 13, 2017                    UNITED STATES ATTORNEY'S OFFICE

By: ___/s/ Michelle Bazu_____
     MICHELLE BAZU
     Assistant United States Attorney
     For Plaintiff United States of America

## (PROPOSED) ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the status conference

hearing presently scheduled in this matter for Friday, June 16, 2017, be rescheduled to Friday,

June 30, 2017 at 9:30 a.m.

Dated: June 14, 2017_____

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA