1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2 | BARBARA J. VALLIERE (DCBN 439353)
3 | Chief, Criminal Division

4 | MICHELLE BAZU (CABN 266964)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
michelle.bazu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 17-00090 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 30, 2017 TO JULY 14, 2017** |
| v. | |
| DANGELO CURRIE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Michelle Bazu for Plaintiff United States of America, and Doron Weinberg, counsel for defendant Dangelo Currie, that the status conference hearing presently scheduled for Friday, June 30, 2017 at 9:30 a.m., be continued to Friday, July 14, 2017 at 9:30 a.m.

The parties agree to exclude the time between June 30, 2017 and July 14, 2017 from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*. The government has produced discovery additional discovery on June 28, 2017. Defense counsel continues to review the discovery, conduct further investigation and research, and will need additional time to discuss the discovery and the case with the defendant. Therefore, the parties agree that the time

period of June 30, 2017 and July 14, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: June 28, 2017

/s/
DORON WEINBERG
Counsel for Dangelo Currie

DATED: June 28, 2017

/s/
MICHELLE BAZU
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER EXCLUDING TIME
CR 17-00090 JST

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between from June 30, 2017 through July 14, 2017 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 30, 2017 through July 14, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time from June 30, 2017 through July 14, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 29, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge