DOCUMENTS UNDER SEAL ☐                                                TOTAL TIME (mins):  30 mins

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Kim Means | LIBERTY RECORDING: 10:39 - 11:09 AM | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE AJAY KRISHNAN | DATE 07-10-2026 | | NEW CASE ☐ | CASE NUMBER 4:17-cr-00090-JST-1 |

### APPEARANCES

| DEFENDANT Dangelo Currie | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kent Stejskal for Thomas Green | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D *(provisionally)* |
| PROBATION OFFICER Matthew Coopaqge & Nicole Brown | | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS ☐ TRIAL SET | |
| ☒ | I.D. COUNSEL 2 mins | ☐ | ARRAIGNMENT | ☐ BOND HEARING | ☒ IA REV PROB. or or S/R (Form 12) 28 mins | ☐ | OTHER | |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING | |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### (Form 12, Charges 1 -2)  ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

GOVT & PROB

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 7-15-2026 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS RE DETENTION/ ARRAIGNMENT |
| BEFORE HON. Judge Krishnan | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Status Re Sup Rel/Prob Violation set 8-14-2026 @ 9:30 am before Judge Tigar.
GOVT motion to unseal the Form 12 (Dkt. 52) granted.  Ms. Leavitt provisionally appointed counsel for DFT until a conflicts check is completed.  PROB plans to file an Amended Form 12 with additional charges.  PROB ordered to release discovery including the PSR. USMS will coordinate with Ms. Leavitt to facilitate DFT's medical needs regarding a back brace and possible surgery.
cc: USMS, PROB, JSTCRD

DOCUMENT NUMBER: