# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

---

### Amended Petition for Warrant for Person Under Supervision
(Original Petition for Warrant for Person Under Supervision filed January 30, 2026)

---

**Person Under Supervision**
Dangelo Currie

**Docket Number**
0971 4:17CR00090-001 JST

**Name of Sentencing Judge:** The Honorable Jon S. Tigar
United States District Judge

**Date of Original Sentence:** September 29, 2017

**Original Offense**
Count: One Dealing Firearms without License 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) (Class D Felony)

**Original Sentence:** 60 months followed by three years of supervised release
**Special Conditions:** special assessment $100.00; provide probation with access to any financial information including tax returns; participate in mental treatment; not associate with any member of Broad Day Killers (BDK gang); cooperate with DNA; submit to search by Probation Officer, or any federal, local, or state law enforcement agency at any time; abstain from alcohol.

**Prior Form(s) 12:** On January 30, 2026, a warrant was filed alleging Mr. Currie's failure to report; failure to notify officer of change of address; and absconding.

On July 10, 2026, Mr. Currie appeared before Magistrate Judge Ajay Krishnan and was arraigned on Charges One and Two of the Form 12 warrant. The Court was informed that an amended Form 12 was forthcoming. A further status was scheduled for July 15, 2026, before the duty Magistrate Judge, for Mr. Currie to be advised of the additional violations. An initial appearance was also set before Your Honor for August 14, 2026.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Michelle Bazu
**Defense Counsel**
Joyce Leavitt (AFPD)

**Date Supervision Commenced**
May 8, 2025
**Date Supervision Expires**
May 7, 2028

---

**RE:**    Currie, Dangelo                                                                                    2
         0971 4:17CR00090-001 JST

**Petitioning the Court to take notice of the addition of Charges Three and Four (as indicated in bold), and Dangelo Currie appear before the duty Magistrate Judge on July 15, 2026, at 10:30 a.m. for advisement on the additional charges.  This petition supersedes the petition for warrant filed January 30, 2026.**

I, Matthew Coppage, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated standard condition number two that you must report to the probation officer as instructed. |

Dangelo Currie has failed to report and make contact with his probation officer for over two months.

This probation officer has attempted several phone calls on October 1, 2025, November 21, 2025, and December 2, 2025; however, the client has failed to make contact or respond.

On November 21, 2025, this officer attempted a visit to Mr. Currie's approved residence. This officer left a card at the residence directing Mr. Currie to contact his probation officer. To date, he has failed to make contact with the undersigned probation officer.

This charge is evidenced by officer testimony.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe the person under supervision violated standard condition number six that you must live at a place approved by the probation officer. If you plan to change where you live, you must notify the probation officer at least 10 days before the change. |

On November 21, this officer attempted a home visit, and left directions for client to make contact with the undersigned probation officer.

**RE:**     Currie, Dangelo                                                                                    3
          0971 4:17CR00090-001 JST

On December 2, 2025, this officer attempted another home visit at 516 West Tregallas Road Apt#3 in Antioch, CA. At the time of the contact, the undersigned officer made contact with the apartment complex staff who reported that Mr. Currie was recently evicted from his residence. Multiple attempts were made to contact Mr. Currie and his roommate; however, all attempts were unsuccessful. To date, Mr. Currie has failed to make contact with this officer and has not provided an alternate residence. His current whereabouts are unknown.

This charge is evidenced by officer testimony.

**Charge Number**                **Violation**

**Three**                        **There is probable cause to believe the person under supervision violated standard condition number twelve that you must not own, possess, or have access to a firearm, ammunition, destructive device.**

**On July 5, 2026, at approximately 04:25 a.m., Dangelo Currie was identified as a shooter and to possibly be holding residence hostage at an Antioch residence. He was described as intoxicated while making threats to, "shoot everyone".**

**On July 5, 2026, at approximately 04:25 a.m., Antioch Police Department officers responded to 4602 Imperial St. Antioch, California where witnesses described Mr. Currie to be under the influence and making threats of violence towards the residents, while discharging a firearm outside of the residence.**

**On July 5, 2026, at approximately 04:25 AM, officers responded to 4602 Imperial Street, where Mr. Dangelo Currie was identified by a witness to Antioch Police Department to be shooting a firearm outside of a residence.**

**Near the residence officers located a Glock 26 handgun with an extended magazine with the capacity to hold 50 rounds of ammunition.**

**Officers discovered 28 live rounds of ammunition inside of the magazine.  Near the residence officers located eight 9mm shell casings and one live 9mm round of ammunition was located on the front porch of the residence.**

**Mr. Currie was arrested and booked into Contra Costa Jail and subsequently released to the federal hold. State charges have not yet been filed, pending further investigation.**

RE:    Currie, Dangelo                                                                                            4
       0971 4:17CR00090-001 JST

**This charge is evidenced by Antioch Police report # 26-6210.**

| **Charge Number** | **Violation** |
|---|---|
| **Four** | **There is probable cause to believe the person under supervision violated mandatory condition number one that you must not commit another federal, state or local crim..** |

**On July 5, 2026, Dangelo Currie was identified by witnesses as a shooter in possession of a firearm and charged with a violation of California Penal Code section 246.3(A) - Willful Discharge of Firearm in a Grossly Negligent Manner-Aggravated (felony); and California Penal Code section 29800(A)(1) - Felon/Addict/Possess/Firearm (felony).**

**On July 5, 2026, at approximately 4:25 a.m., Antioch Police officers responded to 4602 Imperial St., Antioch, regarding reports that Dangelo Currie threatened to shoot residents while discharging a firearm outside the residence.**

**During the investigation, outside of the residence officers recovered a Glock 26 handgun with an extended magazine containing 28 live rounds, as well as eight spent 9mm casings. One live 9mm round of ammunition was discovered on the front porch of the residence.**

**This charge is evidence by Antioch Police report # 26-6210.**

Based on the foregoing, there is probable cause to believe Dangelo Currie violated the conditions of his supervised release. Therefore, I ask the Court to take notice of the addition of Charges Three and Four to the petition filed with the Court on January 30, 2026.

Respectfully submitted,                          Reviewed by:

_____          _____
Matthew Coppage                                  Nicole M. Brown
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: July 10, 2026

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

**RE:**    Currie, Dangelo                                                                            5
         0971 4:17CR00090-001 JST

☒    **Takes notice of the addition of Charges Three and Four to the petition filed with the
      Court on January 30, 2026, and Dangelo Currie appear before the duty Magistrate
      Judge on July 15, 2026, at 10:30 a.m. for advisement on the additional charges.**

☐    Other:

_____July 13, 2026_____        _____
Date                                              Jon S. Tigar
                                                  United States District Judge

**RE:**   Currie, Dangelo                                                                                            6
0971 4:17CR00090-001 JST


APPENDIX

Grade of Violations:  A

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C. § 3583(e)(3) | 33–41 months<br>USSG § 7C1.5, p.s. |
| **Supervised Release:** | 3 years<br>18 U.S.C. § 3583(h) | 3 years less any custody time served upon revocation<br>USSG §7C1.4(c),p.s. |
| **Probation:** | N/A | N/A |